JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DONALD TODD, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL MOTORSPORTS GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY;  JAMES SOFRONAS, AN INDIVIDUAL; ,<br><br>Defendant. | Case No.: CV11-09823-RGK-VBKx<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: October 5, 2012         By: _____/s/ Gary Klausner_____
                                                            UNITED STATES DISTRICT JUDGE

-1-